United States District Court

Eastern District of California

Vashon Tyrone Jackson,

       Petitioner,                      No. Civ. S 00-0274 LKK PAN P

  vs.                                     Order

California Department
of Mental Health, et al.,

       Respondents.

                              -oOo-

    June 13, 2005, the appellate court remanded this case for the parties to address in this court the question whether petitioner has standing to challenge California's jurisdiction to confine him pursuant to the Sexually Violent Predator Act.

    Accordingly, petitioner has 45 days to serve and file an brief addressing the question, respondent has 30 days after service thereof to file and serve an opposition brief and petitioner may file a reply brief within 15 days after service of respondent's brief.

1 So ordered.

2 Dated:   July 12, 2005.

 /s/ Peter A. Nowinski
 PETER A. NOWINSKI
 Magistrate Judge