United States District Court

Eastern District of California

Vashon Tyrone Jackson,

       Petitioner,                     No. Civ. S 00-0274 LKK PAN P

  vs.                                Order

California Department
of Mental Health,

       Respondent.

-oOo-

    August 19, 2005, petitioner requested an extension of time to file and serve an opening brief.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  August 23, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge