United States District Court

Eastern District of California

Vashon Tyrone Jackson,

      Petitioner,               No. Civ. S 00-0274 LKK PAN P

  vs.                            Order

California Department of Mental Health, et al.,

      Respondents.

-oOo-

September 21, 2005, petitioner requested an extension of time to file and serve an opening brief. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: September 27, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge