United States District Court

Eastern District of California

Vashon Tyrone Jackson,

       Petitioner,                  No. Civ. S 00-0274 LKK PAN P

   vs.                               Order

California Department of Mental Health, et al.,

       Respondents.

-oOo-

November 18, 2005, respondent requested an extension of time to file and serve a response brief.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge