United States District Court

Eastern District of California

Vashon Tyrone Jackson,

    Petitioner,               No. Civ. S 00-0274 LKK PAN P

  vs.                        Order

California Department of Mental Health, et al.,

    Respondents.

-oOo-

    December 22, 2005, respondent requested an extension of time to file and serve a brief. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: January 5, 2006.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge