IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASHONE TRYONE JACKSON,

    Petitioner,                          No. CIV S-00-0274 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF MENTAL HEALTH,

    Respondent.                      ORDER

       Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 17, 2006, the court issued findings and recommendations recommending dismissal of this action for lack of standing pursuant to the Ninth Circuit's decision in *Jackson v. Department of Mental Health*, 399 F.3d 1069, 1072-73 (9th Cir. 2005). On November 20, 2006, counsel for petitioner delivered a memorandum pointing out that petitioner successfully obtained rehearing from the Ninth Circuit panel, which amended it prior ruling and remanded the case for further consideration of the question of petitioner's standing. *Jackson v. Department of Mental Health*, 417 F.3d 1029, 1030 (9th Cir. 2005). In light of that amended opinion, it is ORDERED that the November 17, 2006, findings and recommendations are vacated.

Dated: November 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE