IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASHON TYRONE JACKSON,

    Petitioner,               No. CIV S-00-0274 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF
MENTAL HEALTH, et al.,

    Respondents.        <u>ORDER</u>

    /

The court is in receipt of a petition for writ of mandamus filed by counsel for petitioner. The petition is denied without prejudice to renewal, should the magistrate judge fail to act within sixty (60) days.

    IT IS SO ORDERED.

Dated: October 19, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT