IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASHON TYRONE JACKSON,

    Petitioner,

No. CIV S-00-0274 LKK EFB P

vs.

CALIFORNIA DEPARTMENT OF
MENTAL HEALTH; JOHN DeMORALES,
EXECUTIVE DIRECTOR; CALIFORNIA
ATTORNEY GENERAL,

ORDER

    Respondents.

_____/

    This case is before the undersigned on remand from the Ninth Circuit Court of Appeals to determine whether petitioner has standing to pursue his federal habeas petition. *Jackson v. California Department of Mental Health*, 399 F.3d 1069, *as amended*, 417 F.3d 1029 (9th Cir. 2005). The factual record is incomplete regarding the recent history and current status of petitioner's confinement pursuant to California's Sexually Violent Predator Act, California Welfare and Institutions Code § 6600 *et seq*. Although petitioner has submitted documents demonstrating the judicial process underlying his confinement through June 9, 2005,[1] the record

---

[1] These documents include successive petitions for extending petitioner's commitment under the Act, petitioner's responsive "consents/waiver of rights," and the respective court orders extending petitioner's commitments. Petitioner's Opening Brief Regarding Standing and Request to Expand the Record, at 10-12, and Exh. 2-11; Request to Expand Record filed July 17,

1

1  thereafter is incomplete.  Specifically, petitioner has submitted copies of the commitment
2  petitions filed March 24, 2005, and April 20, 2007, but has not had occasion to provide
3  petitioner's responses or the resulting court orders.
4   Accordingly, within seven (7) days of the filing date of this order, petitioner shall inform
5  the court in writing of the current status of his civil commitment, including an explanation of his
6  response to the last two confinement petitions and resulting court orders.  Petitioner shall attach
7  all pertinent documents as exhibits, commencing with the designation "Exhibit 21."
8   Petitioner shall contemporaneously serve respondents who may, but need not, reply
9  within five (5) days thereafter.
10  So ordered.
11 Dated:  November 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

26 2007, at 1, and Exh. 20.

2