IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASHON TYRONE JACKSON,

    Petitioner,                              No. CIV S-00-0274 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF
MENTAL HEALTH; JOHN DeMORALES,        <u>AMENDED ORDER</u>
EXECUTIVE DIRECTOR; CALIFORNIA
ATTORNEY GENERAL,

    Respondents.
                                 /

        Petitioner is a state prisoner proceeding with counsel on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 18, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed December 18, 2007, are adopted in full;

2. The court finds that petitioner has standing to pursue his federal habeas petition;

3. For the reasons stated in the court's order filed September 16, 2003, petitioner's application for a writ of habeas corpus is denied; and

4. The Clerk of Court is directed to enter judgment on the merits for respondents.

DATED: April 8, 2008.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2